1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN RUSSELL MEYER,

11              Plaintiff,                    No. CIV S-09-1527 KJM P

12        vs.

13   CHRISTOPHER SMITH, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              Plaintiff is a California prisoner proceeding pro se with an action for violation of

17   civil rights under 42 U.S.C. § 1983.  On August 6, 2010, plaintiff filed a motion asking that the

18   court compel Stan Schlachter, a physical therapist at Mule Creek State Prison, "to allow plaintiff

19   a certified copy of his finding, diagnoses, and recommendation of plaintiff's left knee."  Mr.

20   Schlachter is not a party to this action.

21              A review of plaintiff's motion reveals the court has no basis upon which to order

22   Mr. Schlachter to provide plaintiff with the documents he seeks.  While it appears plaintiff

23   served a subpoena seeking documents from Mr. Schlachter, the subpoena was served on the

24   litigation coordinator at Mule Creek State Prison, not Mr. Schlachter.  Mot., Ex. B.  Rule

25   45(b)(1) of the Federal Rules of Civil Procedure requires that a subpoena be served on the person

26   /////

1

1  named in the subpoena.  For this reason, plaintiff's motion to compel will be denied without

2  prejudice.

3              Accordingly, IT IS HEREBY ORDERED that plaintiff's August 6, 2010 "Motion

4  to Compel Parties to Produce Certified Documents" is denied.

5  DATED:  October 1, 2010.

6

7

8  _____

9  U.S. MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  1
    meye1527.mtc