IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

    Plaintiff,                       No. CIV S-09-1527 KJM P

    vs.

CHRISTOPHER SMITH, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested that this action be dismissed. Within fourteen days, defendants shall indicate whether they have any objections to plaintiff's request.

DATED: October 29, 2010.

                                                            U.S. MAGISTRATE JUDGE

1
meye1527.dis