IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RUSSELL MEYER,

    Plaintiff,               No. CIV S-09-1527 KJM P

  vs.

CHRISTOPHER SMITH, et al.,

    Defendants.         ORDER

_____/

        Pursuant to plaintiff's motion to dismiss (#33) and defendants' indication that they do not oppose plaintiff's motion, this action is hereby dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: November 17, 2010.

                                                _____
                                                U.S. MAGISTRATE JUDGE

1
meye1527.dis

1